# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS A. DAVIS, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) C.A. No. 12-1370 GMS |
| v. | ) |
| | ) |
| 24 HOUR FITNESS WORLDWIDE, INC., a | ) JURY TRIAL DEMANDED |
| Delaware corporation, | ) |
| | ) |
| Defendant /Counter-Claimant. | ) |

## STIPULATION AND ORDER DISMISSING COUNTS THREE AND FOUR OF 24 HOUR FITNESS WORLDWIDE, INC.'S COUNTERCLAIMS

WHEREAS, on November 21, 2012, Defendant/Counter-Claimant 24 Hour Fitness Worldwide, Inc. ("24 Hour Fitness") filed its Answer to Complaint, Affirmative Defenses, and Counterclaims (the "Counterclaims");

WHEREAS, Count Three of the Counterclaims asserts a claim for fraud and Count Four asserts a claim for equitable fraud against Plaintiff/Counter-Defendant Chris A. Davis; and

WHEREAS, 24 Hour Fitness has determined that it will no longer pursue Counts Three and Four of the Counterclaims;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff/Counter-Defendant Chris A. Davis and Defendant/Counter-Claimant 24 Hour Fitness, through their attorneys of record, and subject to the approval of the Court, as follows:

1. Count Three and Count Four of the Counterclaims are hereby dismissed with prejudice; and

2. Nothing in this Stipulation and Order will affect the remaining counts in the Counterclaims.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael J. Faris<br>Nicholas J. Siciliano<br>LATHAM & WATKINS LLP<br>233 S. Wacker Drive<br>Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700 | RICHARDS, LAYTON & FINGER, P.A.<br><br>*Kelly E. Farnan*<br>Lisa A. Schmidt (#3019)<br>Schmidt@rlf.com<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>    *Attorneys for Plaintiff and Cross-Defendant*<br>    *Chris A. Davis* |
| OF COUNSEL:<br><br>Philip T. Inglima<br>Amy S. Lee<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Kenneth J. Nachbar*<br>Kenneth J. Nachbar (#2067)<br>knachbar@mnat.com<br>Leslie A. Polizoti (#4299)<br>lpolizoti@mnat.com<br>Kevin M. Coen (#4775)<br>kcoen@mnat.com<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>    *Attorneys for Defendant/Counterclaimant*<br>    *24 Hour Fitness Worldwide, Inc.* |

April 30, 2014

IT IS SO ORDERED, this ___ day of April 2014

_____
UNITED STATES CHIEF DISTRICT JUDGE

2